Kate McCafferty, as Administratrix, etc., Respondent, v. The City of Salamanca, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that it was error to receive in evidence the certified copy of the certificate of Dr. Martin as to the cause of death of plaintiff's intestate. (See *Beglin* v. *Metropolitan Life Ins. Co.*, 173 N. Y. 374.) All concurred.

Dewitt C. Rodenhurst, as Executor, etc., of Lavina Cooper, Deceased, Respondent, v. Jerome B. Cooper, as Executor, etc., Appellant.— Judgment modified by striking out the provision for specific performance and in lieu thereof adjudging that the plaintiff, as executor of the will of said Lavina Cooper, has a valid claim against the estate of Victor Cooper for the expenses incurred for the care and support of the said Lavina Cooper, including medical attendance from January 1, 1914, and her funeral expenses, and for a monument erected over her grave as provided in the will of said Victor Cooper; the amount of such claim to be determined, adjusted and paid in the usual course of administration of the estate of said Victor Cooper; and as so modified the judgment is affirmed, together with the order, without costs of this appeal to either party. All concurred.

Jacob Gardula and Another, Appellants, v. Wojciecj Zenger and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Forrest L. Joy, Appellant, v. H. V. Barber and Another, Respondents. — Judgment affirmed, with costs. All concurred.

Thomas Malone, Appellant, v. Catholic Relief and Beneficiary Association, Respondent.— Judgment and order affirmed, with costs. All concurred.

Aloina M. White, as Administratrix, etc., Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote and Lambert, JJ., who dissented.

Clarence Ridge, Respondent, v. The Odenbach Company, Appellant.— Judgment of Monroe County Court and judgment of Rochester Municipal

---

* See Laws of 1909, chap. 570.—[REP.